# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

| | |
|---|---|
| COMPUFILL, LLC | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.   1:13-cv-137 |
| DELHAIZE AMERICA, LLC. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DELHAIZE AMERICA, LLC
C/O: Corporation Service Company
327 Hillsborough St.
Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Freya Olive        Darrell G. Dotson
Olive & Olive, P.A.        Stevens Love
500 Memorial St.          222 N. Fredonia St.
P.O. Box 2049            Longview, Texas 75601
Durham, NC 27702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Leah Garland
Deputy Clerk

February 15, 2013
Date

Civil Action No. 1:13-cv-137

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Delhaize America, LLC

was received by me on *(date)*   2/15/2013   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served by certified mail, RRR 7012 2210 0001 6242 5409 upon registered agent Corporation Service Company, 327 Hillsborough St., Raleigh, NC 27603 on 2/22/2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 3/1/2013

*Server's signature*

Rose West, Legal Assistant
*Printed name and title*

222 N. Fredonia St., Longview, TX 75601
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL *Delhaize*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | ¢  8.77 |

Postmark Here

FEB 19 2013

7012 2210 0001 6242 5409

Sent To

**Delhaize America, LLC**
**c/o Corporation Service Company**
**327 Hillsborough St.**
**Raleigh, NC 27603**

Street, Apt. No.; or PO Box No.

City, State, ZIP+

PS Form 3800,

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delhaize America, LLC
c/o Corporation Service Company
327 Hillsborough St.
Raleigh, NC 27603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0001 6242 5409

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540