# THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMPUFILL, LLC | ) |
|        Plaintiff, | ) |
| v. | ) Case No.: 1:13-CV-137 |
| DELHAIZE AMERICA, LLC, | ) |
|        Defendant. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1 of the United States District Court for the Middle District of North Carolina, Defendant, Delhaize America, LLC ("Delhaize"), by counsel, hereby requests a thirty (30) day extension of time, up to and including April 15, 2013, to file its Answer or otherwise respond to the Complaint in this action. In support of its motion, Delhaize states the following:

1. On February 14, 2013, Plaintiff CompuFill, LLC ("CompuFill") commenced this action by filing a Complaint for Patent Infringement, styled Case No. 1:13-cv-137, in the United States District Court for the Middle District of North Carolina.

2. The Registered Agent for Delhaize was served a copy of the Complaint on or about February 22, 2013.

3. Delhaize's responsive pleading is due on or before March 15, 2013.

4. The time for Delhaize to file its Answer or otherwise respond to the Complaint has not yet expired.

5. Delhaize and CompuFill wish to explore the possibility of early resolution of the dispute at issue in the Complaint before Delhaize files a responsive pleading. In addition, the undersigned counsel needs additional time to investigate the allegations of the Complaint and prepare a responsive pleading in accordance with the Federal Rules of Civil Procedure.

6. No other extension has been requested or granted.

7. This motion is made in good faith pursuant to Federal Rule of Civil Procedure 6(b) and is not made for the purpose of delaying this action.

8. Delhaize seeks this extension without waiving, but expressly preserving, any and all defenses it may have to the Complaint.

9. Pursuant to Local Rule 6.1(a), counsel for Delhaize consulted with CompuFill's counsel, and CompuFill's counsel has consented to this extension.

10. A proposed Order granting this Motion is attached.

WHEREFORE, Delhaize respectfully requests that the Court grant an extension of time up to and including April 15, 2013 for Delhaize to file its Answer or otherwise respond to the Complaint in this action.

This the 13th day of March, 2013.

**HUNTON & WILLIAMS, LLP**

By: /s/ R. Dennis Fairbanks
R. Dennis Fairbanks
N.C. Bar No. 33572
HUNTON & WILLIAMS LLP
P.O. Box 109
Raleigh, NC 27602
Tel. 919.899.3000
Fax 919.833.6352
*dfairbanks@hunton.com*

**OF COUNSEL:**
Bradley W. Grout (Ga. Bar No. 313950)
*bgrout@hunton.com*
HUNTON & WILLIAMS LLP
4100 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 888-4283

John Gary Maynard, III (Va Bar No. 40596)
*jmaynard@hunton.com*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200

Attorneys for Defendant
Delhaize America, LLC

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2013, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Susan Freya Olive
>OLIVE & OLIVE, P.A.
>emailboxMDNC@oliveandolive.com
>
>Scott E. Stevens
>Gregory P. Love
>Darrell G. Dotson
>Todd Y. Brandt
>STEVENS LOVE
>scott@stevenslove.com
>greg@stevenslove.com
>darrell@stevenslove.com
>todd@stevenslove.com
>
>
>*Attorneys for Plaintiffs*

                                        /s/ R. Dennis Fairbanks
                                        R. Dennis Fairbanks

4

Case 1:13-cv-00137-WO-LPA   Document 8   Filed 03/13/13   Page 4 of 4