THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **COMPUFILL, LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Case No.: 1:13-CV-137** |
| **DELHAIZE AMERICA, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Extension to Time to Answer or Otherwise Respond to Complaint. The Court having reviewed the Motion and the File, and being otherwise advised, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED; Defendant Delhaize America, LLC shall have up to and including April 15, 2013 to file and serve its Answer or otherwise respond to Plaintiff's Complaint.

Entered this ___ day of March, 2013.

_____
United States District Judge