# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:13-cv-00137-WO-LPA

COMPUFILL, LLC,

                              Plaintiff,

v.

DELHAIZE AMERICA, INC.,

                              Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CompuFill, LLC and Defendant Delhaize America, Inc. hereby stipulate to the dismissal of claims in this action WITHOUT PREJUDICE, each party to bear its own costs, expenses and fees.

                                        Respectfully submitted,

Dated: June 21, 2013             */s/ Darrell G. Dotson*
                                        Susan Freya Olive
                                        OLIVE & OLIVE, P.A.

**OF COUNSEL:**               500 Memorial Street
Scott E. Stevens                P.O. Box 2049
Gregory P. Love              Durham, NC 27702-2049
Darrell G. Dotson             Phone: (919) 683-5514
Todd Y. Brandt               Fax: (919) 688-3781
STEVENS LOVE              emailboxMDNC@oliveandolive.com
222 N. Fredonia St.
Longview, Texas 75601        *Counsel for Plaintiff CompuFill, LLC*
(903) 753–6760
scott@stevenslove.com
greg@stevenslove.com
darrell@stevenslove.com
todd@stevenslove.com

-1-

| | |
|---|---|
| | HUNTON & WILLIAMS, LLP |
| | |
| | */s/ R. Dennis Fairbanks* |
| | By: R. Dennis Fairbank |
| | R. Dennis Fairbanks |
| **OF COUNSEL:** | N.C. Bar No. 33572 |
| Bradley W. Grout | HUNTON & WILLIAMS LLP |
| Georgia Bar No. 313950 | P.O. Box 109 |
| HUNTON & WILLIAMS LLP | Raleigh, NC 27602 |
| Bank of America Plaza, Suite 4100 | dfairbanks@hunton.com |
| 600 Peachtree Street, N.E. | Tel. 919.899.3000 |
| Atlanta, Georgia 30308-2216 | Fax 919.833.6352 |
| bgrout@hunton.com | |
| (404) 888-4000 | ***Counsel for Defendant Delhaize America, LLC*** |
| (404) 888-4190 (fax) | |
| | |
| John Gary Maynard, III | |
| Virginia Bar No. 65203 | |
| HUNTON & WILLIAMS LLP | |
| 951 East Byrd Street | |
| Richmond, Virginia 23219 | |
| jmaynard@hunton.com | |
| (804) 788-8200 | |
| (804) 788-8218 (fax) | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 21st day of June, 2013, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

R. Dennis Fairbanks
HUNTON & WILLIAMS LLP
P.O. Box 109
Raleigh, NC 27602

Bradley W. Grout
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216

John Gary Maynard, III
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, Virginia 23219

                                                */s/ Darrell Dotson*
                                                Darrell Dotson